[No. 52892-1-I. Division One. August 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL RYAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10297-9, Michael Heavey, J., entered August 5, 2003. *Reversed* by unpublished opinion per Agid, J., concurred in by Cox, C.J., and Appelwick, J.

[No. 53024-1-I. Division One. August 23, 2004.]

KUMNUAN WATTANASATHIT, *Appellant*, v. BISHOP & LYNCH OF KING COUNTY, *as Trustee*, ET AL., *Defendants*, WEYERHAEUSER MORTGAGE CO., *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 00-2-08449-8, Dean Scott Lum, J., entered September 18, 2001, and July 18, 2003. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox, C.J., and Grosse, J.

[No. 53151-4-I. Division One. August 23, 2004.]

VALARIE GILDON, ET AL., *Appellants*, v. SIMON PROPERTY GROUP, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 03-2-29769-1, James A. Doerty, J., entered September 8 and 26, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Agid and Becker, JJ.

[No. 53222-7-I. Division One. August 23, 2004.]

ORION BURNS, ET AL., *Respondents*, v. 1ST COLUMBIA MORTGAGE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-05569-7, Thomas J. Wynne, J., entered October 3, 2003. *Affirmed* by unpublished per curiam opinion.